IN US DISTRICT COURT OF THE WESTERN DISTRICT OF OKLAHOMA

08/17/20

Plaintiff ZACARIAS MOUSSAOUI

FILED
SEP 08 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ KWJ _____ DEPUTY

V

Defendant Saudi Prince Turki Al Faisal Al Saud

Complain. Obstruction of Justice in the 9/11 Victims Families Testimony of 9/11 Coconspirator, ZACARIAS MOUSSAOUI Identifying You SAUDI PRINCE TURKI ALFAISAL ALSAUD AS 9/11 MASTERMIND controlling, directing the Useful Idiot of USAMA BIN LADEN AND THE FALSE FLAG ALQAEDA 9/11 SAUDI ROYAL WAHABI ATTACK ON September 11, 2001 against the WhiteHouse and Pentagon at Your Direct demand and Order to Mohamed Atta at a Meeting that I, Zacarias Moussaoui attended in 2001 in Dallas Texas with Saudi Princesse Haifa Al Faisal Al Saud Omar Al Bayoumi and Jamal Kashoggi

SAUDI ROYAL OBSTRUCTION ON 9/11 VICTIMS

Saudi Prince Turki Al Faisal Al Saud using his Powerfull Saudi Royal Lobby and Cronies in

Washington to corrupt the 9/11 Commission who did not even bother to Interview once the only Person Convicted for 9/11, the only ex 9/11 CoConspirator in US Jail a/k/a Zacarias Moussaoui.

I, Zacarias Moussaoui, Petition this Western District Court of Oklahoma to Order to testify Saudi Prince Turki Al Faisal Al Saud.

I, ZM, request that cross examination be conducted be Remote Video Camera due to Covid 19 and me, Zacarias Moussaoui serving life without Parole for the 9/11 Conspiracy of the 9/11 Attack.

This Western District Court has Jurisdiction on the fact that I, Zacarias Moussaoui, was resident of Norman, OK at the time of my arrest and still have a bank account in a Norman, OK Bank to the best of my knowledge.

Slave of ALLAH
Zacarias Moussaoui.