In the US Court of the Western District of Oklahoma

Plaintiff   Zacarias Moussaoui

Defendant  Saudi Prince Bindar bin Sultan Al Saud

Complain. Obstruction of Justice against my, Z.M, testestimony for the 9/11 Victim Families

## Petition.

I, Zacarias Moussaoui, petition this Western District Court of Oklahoma to order to testify Saudi Prince Bindar bin Sultan Al Saud for his obstruction of Justice in the 9/11 Victim case in NY.

I, Z.M, request that his deposition be by Remote Video Camera due to Covid 19.

Slave of ALLAH
Zacarias Moussaoui.

The Western District of Court of Oklahoma

08/17/20.

Plaintiff Zacarias Moussaoui

Defendant Saudi Prince Naif bin Abdelaziz AlSaud

Complain. Obstruction of Justice.

## Petition

I, Zacarias Moussaoui, Petition this Western District Court of Oklahoma to order to testify Saudi Prince Naif bin Abdelaziz Al Saud for obstruction of Justice in the 9/11 Victim case in NY and my testimony

I, ZM, this request this deposition be by Remote Video Camera due to Covid 19.

Slave of ALLAH
Zacarias Moussaoui

08/17/20.

US District Court of the Western District of Oklahoma

08/17/20

Plaintiff Zacarias Moussaoui

v.

Defendant Saudi Prince Walid bin Talal Al Saud.

Complain: Obstruction of Justice by Saudi Prince Walid against my, ZM, Testimony which expose him as 9/11 Coconspirator.

## Petition

I, Zacarias Moussaoui, Petition this Western District Court of Oklahoma to Order to testify Saudi Prince Walid bin Talal Al Saud for his Obstruction of Justice against my testimony that expose him as a Top Al Qaeda 9/11 Coconspirator

I, Request that the deposition be by Remote Video Camera due to Covid 19.

Slave of ALLAH
Zacarias Moussaoui

In the US District Court of the Western
District of Oklahoma

08/17/20

Plaintiff Zacarias Moussaoui

v

Defendant Saudi Princess Haifa Al Faisal Al Saud

Complain Obstruction of Justice against the 9/11 Victim Testimony by Zacarias Moussaoui.

FACT.

You, Saudi Princesse Haifa Al Faisal Al Saud you are a 9/11 Co Conspirator who finance me, ZM and other 19 hijacker.

Petition.

I, Zacarias Moussaoui, Petition this Western District Court of Oklahoma to Order Saudi Princesse Haifa Al Faisal Al Saud to Testify.

I Request that the deposition be by Remote Video Camera because of Covid-19.

Slave of Allah Zacarias Moussaoui