| | | |
|---|---|---|
| FILING FEE PAID?<br>YES ☐<br>NO ☒ | IFP Received?<br>YES ☐<br>NO ☒ | IFP Amount: $350<br><br>Magistrate Judge: Suzanne Mitchell |

# CIV-20-903-C

## Moussaoui v. Al Saud

**Zacarias Moussaoui is a petitioner in 2 cases.**

5:20-cv-00902-D   Moussaoui v. Rosendahl   filed 09/04/20

5:20-cv-00903-C   Moussaoui v. Al Saud   filed 09/08/20

**Zacarias Moussaoui is a plaintiff in 2 cases.**

5:14-cv-01201-M   Moussaoui v. Federal Bureau of Prisons   filed 11/03/14   closed 06/30/15

5:18-cv-00087-M   Moussaoui v. Trump   filed 01/16/18   closed 03/28/18