UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

|  |  |  |
|---|---|---|
| **Zacarias Moussaoui** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | CASE NO. _____ CIV-20-903-C _____ |
| **Turki Al Faisal Al Saud** | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

ENTER ORDER:

Case transferred to **Timothy D. DeGiusti**.  HEREAFTER, PLEASE REFER TO CASE AS CIV-20-903-D.

Please note that for future filings in this case, the letter at the end of the number should now be a(n) "**D**" rather than a(n) "**C**".  This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of District Judge **Robin J. Cauthron**, we have entered the above enter order.

CARMELITA REEDER SHINN, CLERK OF COURT

By _____ E. Morrow _____
DEPUTY CLERK

cc: parties of record

Rvsd 03/20