# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ZACARIAS MOUSSAOUI,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-903-D |
| | ) | |
| **TURKI AL FAISAL AL SAUD,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER TO CURE DEFICIENCY

The Court is in receipt of Petitioner's tendered documents in the above referenced matter. The documents, however, are deficient in the area(s) indicated below:

**x**   In forma pauperis motion has not been submitted for filing and/or Petitioner has not paid the $400 filing fee.

___   In forma pauperis motion is not on the proper form.

___   In forma pauperis motion is missing an original signature by the petitioner.

___   In forma pauperis motion is missing financial information and/or signature of authorized officer of penal institution.

___   In forma pauperis motion is missing the certified copy of petitioner's institutional accounts statement from **the appropriate official of each penal institution or jail at which you are or were confined during the six-month period immediately preceding this filing**. 28 U.S.C. § 1915(a)(2).

Petitioner is ordered to cure the designated deficiency **by October 1, 2020**. Failure to comply with this Order may result in the dismissal of this

action. The Clerk of the Court is directed to send Petitioner the forms necessary to comply with this order.

**IT IS SO ORDERED** this 10th day of September, 2020.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE